```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 10123
   KEVIN W HOLLAND
   JENNIFER M HOLLAND                          CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-9469     SSN XXX-XX-9759

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/05/2007 and was confirmed 07/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 01/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
HSBC MORTGAGE SERVICE    CURRENT MORTG          .00            .00           .00
HSBC MORTGAGE SERVICE    MORTGAGE ARRE     35936.78            .00           .00
AMERICREDIT FINANCIAL SV SECURED VEHIC     18645.58        1340.76       1861.67
FLATIRON FINANCIAL SERVI SECURED VEHIC      9800.00         650.32       1716.78
FLATIRON FINANCIAL SERVI UNSECURED          3828.48            .00           .00
IRA T NEVEL              NOTICE ONLY      NOT FILED            .00           .00
ADVANCED ORAL & MAXILLOF UNSECURED        NOT FILED            .00           .00
MALCOLM S GERALD         UNSECURED        NOT FILED            .00           .00
IC SYSTEMS INC           NOTICE ONLY      NOT FILED            .00           .00
HOME DEPOT CREDIT SERVIC UNSECURED        NOT FILED            .00           .00
RJM AQUISITIONS FUNDING  NOTICE ONLY      NOT FILED            .00           .00
NICOR GAS                UNSECURED        NOT FILED            .00           .00
PLAINS COMMERCE BANK     UNSECURED           498.05            .00           .00
ROUNDUP FUNDING LLC      UNSECURED         14595.46            .00           .00
SPRINT-NEXTEL CORP       UNSECURED        NOT FILED            .00           .00
CAVALRY PORTFOLIO SERVIC NOTICE ONLY      NOT FILED            .00           .00
AMERICREDIT FINANCIAL SV NOTICE ONLY      NOT FILED            .00           .00
AMERICREDIT FINANCIAL SV UNSECURED            179.56           .00           .00
DENNIS G KNIPP           DEBTOR ATTY       2,500.00                      2,500.00
TOM VAUGHN               TRUSTEE                                           595.35
DEBTOR REFUND            REFUND                                            365.12

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              9,030.00

PRIORITY                                          .00
SECURED                                      3,578.45
    INTEREST                                 1,991.08
UNSECURED                                         .00

                   PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 10123 KEVIN W HOLLAND & JENNIFER M HOLLAND
```

```
ADMINISTRATIVE                                              2,500.00
TRUSTEE COMPENSATION                                          595.35
DEBTOR REFUND                                                 365.12
                                     ---------------   ---------------
TOTALS                                      9,030.00          9,030.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 04/23/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE